UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>         Plaintiff, )<br>              )<br>    v. )<br>              )<br>              )<br>THUY THI NGOC NGUYEN, )<br>              )<br>         Defendant. )<br>_____) | CASE NO.   07-328M<br><br>DETENTION ORDER |

Offense charged:

    Count I:    Conspiracy to Manufacture Marijuana, in violation of Title 21, U.S.C., Sections 841(a) and 841(b)(1)(A).

Date of Detention Hearing: July 12, 2007

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Lisca Borichewski.  The defendant was represented by Allen Ressler.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the conspiracy to manufacture marijuana offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) The alleged offense includes six marijuana grow houses, where reportedly two thousand marijuana plant and root balls were found along with grow operation equipment. At the residence where her parents reside, documents tied to the grow houses were found. The same residence was proffered to the Court as an available option to the defendant if released.

(3) A firearm was found at the residence she shares with her boyfriend who was arrested in another state. An investigation of an alleged homicide using the same caliber weapon as found in the defendant's residence is ongoing, with witnesses being interviewed by state and federal authorities. At least one witness named the defendant as involved.

(4) The defendant is unemployed.

Based upon the foregoing information which is also consistent with the recommendation of detention by U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of July, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-